B & O RADIO, INCORPORATED, PLAINTIFF-APPELLANT,
v. PRUDENTIAL INSURANCE COMPANY OF AMERICA,
DEFENDANT-RESPONDENT.

Submitted October 25, 1935—Decided April 2, 1936.

302

For the appellant, *Haines & Chanalis* and *Patrick J. Maloney.*

For the respondent, *Carey & Lane, Robert Carey* and *Harry Lane.*

PER CURIAM.

We agree with the conclusions of Judge Smith that the case is within the holdings of this court in *Domestic Electric Co., Inc.,* v. *Mezzaluna,* 109 *N. J. L.* 574, and *Russ Distributing Corp.* v. *Litchman,* 111 *Id.* 21. To these cases may be added that of *Smyth Sales Corp.* v. *Norfolk Building and Loan Association,* 116 *Id.* 293.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, DONGES, HETFIELD, DEAR, WOLFSKEIL, RAFFERTY, JJ. 9.

*For reversal*—BODINE, HEHER, PERSKIE, WELLS, JJ. 4.